**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21935-LEIBOWITZ**

**JULIO ALBERTO TRAVIESO, *et al.*,**
*Plaintiffs,*

*v.*

**JOSEPH B. EDLOW, *et al.*,**
*Defendants.*
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion to Drop Certain Named Plaintiffs ("the Motion") [ECF No. 26]. In the Motion, Plaintiffs move to drop plaintiffs Raul Caso-Castillo (#5), Idael Avila-Espinosa (#41), Claudia Perez-Olivera (#119), and Ariel Santiago-Leyva (#120) (together, "Certain Named Plaintiffs") from this case because they have either received approvals of their applications for lawful permanent residence, or otherwise wish to pursue other avenues of relief. [ECF No. 26 at 1].

Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion **[ECF No. 26]** is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE** as to the following Certain Named Plaintiffs only: Raul Caso-Castillo (#5), Idael Avila-Espinosa (#41), Claudia Perez-Olivera (#119), and Ariel Santiago-Leyva (#120). The ***Clerk of Court*** is *directed* to **TERMINATE** Raul Caso-Castillo (#5), Idael Avila-Espinosa (#41), Claudia Perez-Olivera (#119), and Ariel Santiago-Leyva (#120) from this case.

**DONE AND ORDERED** in the Southern District of Florida on August 18, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record