**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-21935-LEIBOWITZ**

**JULIO ALBERTO TRAVIESO, *et al.*,**
*Plaintiffs,*

*v.*

**JOSEPH B. EDLOW, *et al.*,**
*Defendants.*
______________________________________/

# ORDER

**THIS CAUSE** is before the Court on Plaintiffs' Unopposed Motion to Drop Certain Named Plaintiffs ("the Motion") [ECF No. 32]. In the Motion, Plaintiffs move to drop Certain Named Plaintiffs from this case because they have received approvals of their applications for lawful permanent residence. [*Id.* at 3].

Being fully advised, it is **ORDERED AND ADJUDGED** that the Motion **[ECF No. 32]** is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE** as to the following Certain Named Plaintiffs, and the ***Clerk of Court*** is *directed* to **TERMINATE** the following Certain Named Plaintiff from this case:

- Layne Ibarra-Bouza (#12)
- David Alejandro Morales-Lorenzo (#13)
- I-L-M-I- (a minor child) (#14)
- Gianny Silva-Cruz (#16)
- Yamile Moreno-Gonzalez (#17)
- Humberto Carlo Causilla-Rosales (#18)
- Maite Baez-Roblejo (#19)

- H-C-B- (a minor child) (#20)
- H-C-B- (a minor child) (#21)
- Nicolas Baez-Gonzalez (#22)
- Frank Yandier Suarez-Enriquez (#23)
- Yosets Abreu-Gonzalez (#24)
- Osmel Domingo Medina-Martinez (#25)
- Amaya Karen Perez-Gomez (#27)
- Javier Gonzalez-Fernandez (#31)
- Manuel Perez-Diaz (#32)
- Roxana Jimenez-Perez (#33)
- Dayan Rodriguez-Trosarello (#38)
- Hector Rodriguez-Goderich (#40)
- Karyosenky Perez-Mastrapa (#49)
- Javier De-la-Torre-Mendez (#63)
- Irina Carulla-Karoulia (#64)
- O-I-d-T-C- (#65)
- N-I-d-T-C- (#66)
- Edilber Arano-Rivero (#70)
- Vanesa Cabrera-Loyola (#71)
- Amir Carbo-Hernandez (#72)
- E-C-C- (a minor child) (#73)
- Miguel Alejandro Gonzalez-Arteaga (#87)
- Claudia Santana-Pino (#101)

- Ana Cecilia Gonzalez-Santana (#103)
- V-G-S- (a minor child) (#104)
- Ana Ena Rizo-Perez (#108)
- Osmel Pena-Iglesia (#109)
- A-P-R- (a minor child) (#110)
- T-P-R- (a minor child) (#111)
- Masiel Gonzalez-Quevedo-Espinel (#114)
- Mariano Montero-Quesada (#115)
- J-A-M-P- (a minor child) (#117)
- N-L-P- (a minor child) (#118)

**DONE AND ORDERED** in the Southern District of Florida on October 20, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record